To File monday MAY 15th 2017

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

Christopher Turner (M-31629)

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 17-50256
(To be supplied by the Clerk of this Court)

IDOC Dixon C.C.
Warden John Vargas
Superintendent Troy Hendricks

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

RECEIVED
AUG 23 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Turner VS Spencer 1.16-CV-01169

B. Approximate date of filing lawsuit: MAY - 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: MYSELF Christopher Turner (M-31629)

D. List all defendants: MATThew S Spencer #9671

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Central District Of IL Peoria Division (Pontiac CC)

F. Name of judge to whom case was assigned: Colin Bruce Sterling

G. Basic claim made: 8Th Amendment Cruel + Unusual Punishment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It is Still Pending

I. Approximate date of disposition: —

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

(2) Dr Tilden WAS thrown out 7/16

(3) Cruel + unusual punishment Sgt's Carter

Dismiss because I forgot to state a claim

**I. Plaintiff(s):**

A. Name: Christopher Turner

B. List all aliases:

C. Prisoner identification number: M-31629

D. Place of present confinement: Dixon C C.

E. Address: 2600 N. Brinton Ave Dixon IL 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: IDOC (Dixon CC) Warden John Vargas

Title: WARDEN

Place of Employment: IDOC

B. Defendant: Troy Hendricks

Title: Superintendant

Place of Employment: Dixon C.C.

C. Defendant: IDOC DixonCC

Title: Prison

Place of Employment: (IDOC)

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

DAYS it happen → 5-6-17 Friday 5-7-17 SATurday + SUN 5-8-17
DixonCC X-House A-Wing Cell 19

IV. **Statement of Claim:** FAiver To Be protect IN IDOC From Being hurt

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I WAS IN X-HOUSE IN DIXON CC A-Wing Cell 19 ON THE DAYS + DATES ABOVE WHEN INMATE MICHAEL JOHNSON # R63104 START Bully me TAKE MY TRAYS + hit me in the gym!! I (1) Told C/O'S + LT'S + I wrote 3-Grievances ON THE Prombles They Never Respond BACK To me (2) I'M SCAred + Fear For MY Life (3) IN Need OF Emergency TrANsfer (4) Mr Johnson # R63104 Threat To Kill Me If I Told Anyone!! WARDEN JOHN VARGA Never Respond To Any of The (Defendant #1) Grivance. (Defendant #2) Defendant Superintendant Troy Hendricks JUST Told me he LOOK into it Never Try To TALK To WArden To Let him Know I have Emergancy here with Mr Turner M-31629 WHO'S IN Need OF Emergency TrANSfer + my Life is IN DAnger Inmate Johnson # R63104 is Threating him + has Already put his hands ON Mr Turner At the gym It is not A SAFE PLACE For me To Be!! (Defendant #3) IDOC Dixon CC For Them NOT TAking Things Serious and Letting me STAY IN THE SAME UNIT AS Mr Johnson # R63104 So he Could Countine To hurt me + Bully me!!



Revised 9/2007

V. **Relief:** Need Emergency Transfer A.S.A.P

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For The Court To grant me An Emergency Transfer Out of Dixon C.C A.S.A.P BECAUSE my Life is in danger + I Fear For my Life Mr Johnson A R63104 is still Threating To Kill me when I get off hunger strike'. Please grant me An Emergency Transfer Out of Dixon C.C. A.S.A.P!!!

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 15Th day of MAY, 2017

Christopher Turner (M-31629)
(Signature of plaintiff or plaintiffs)

Christopher Turner (M-31629)
(Print name)

M-31629
(I.D. Number)

2600 N. Brinton AVE
DixonCC, Dixon IL ~~61021~~ 61021
(Address)

Phone# (815) 288-5561

## Grievance Officer's Report

**Date Received:** 6/8/17 **Date of Review:** 6/8/17 **Grievance #** (optional): 17-6-E45

**Offender:** Turner, Christopher **ID#:** M31629

**Nature of Grievance:** Threats made by another offender.

**Facts Reviewed:** This Grievance Officer notes allegations of threats being made towards Offender Turner by Offender Johnson R63104.

This Grievance Officer contacted Internal Affairs, Lt. Newman, and he is aware of the issue and is investigating the matter.

**Recommendation:** Based upon a total review of all available information, this Grievance Officer is reasonably satisfied Offender Turner's grievance has been addressed and recommends no further action.

Becky Grafton, CWS
Print Grievance Officer's Name

Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

### Chief Administrative Officer's Response

**Date Received:** 6/8/17 ☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

[signature] 6/8/17
Chief Administrative Officer's Signature Date

### Offender's Appeal To The Director

Needs Emergency Tran[sfer]

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

[signature] M-31629 6-11-17
Offender's Signature ID# Date

6-5-17 (Please Print) Christopher Turner M-31627

**Present Facility:** DIXON CC **Facility where grievance issue occurred:** DIXON CC

**NATURE OF GRIEVANCE:** Begin Threating By mr Johnson # R63104 Agai[n]

- ☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
- ☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
- ☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify):
- ☐ Disciplinary Report: / / (Date of Report) 17-6-E45 (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if **EMERGENCY** grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

He's ON D-wing Cell-9

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): ON Date + Time Inmate michael Johnson #R6[3104] Sent A message To me Saying if Im still ON A-Wing when he gets off of R/R TODAY that he's going To Find his way over here and Beat my ASS then he's going To RApe me and that If I go To Law Library or Anywhere IN The X-House He going To get me Every Time he ALSO SAYS That no matter what he's going To RApe my Short ASS

**Relief Requested:** For An Emergency Transfer + Keep mr Johnson #R63104 FAr Away From me AS POSSIBLE I File a KSF/Claim AS [illegible]

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[illegible] Issue To Be [illegible]

Christopher Turner (Offender's Signature) M-31629 (ID#) 6,5,17 (Date)

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

Date Received: / / ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name Counselor's Signature

## EMERGENCY REVIEW

Date Received: [illegible] 8,17 Is this determined to be of an emergency nature? ☒ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

[signature] (Chief Administrative Officer's Signature) 6,8,17 (Date)

US POSTAGE $ 001.19⁰

Chris Turner M-31629
2600 No. Brinton Avenue
Dixon, Illinois 61021

U.S. DISTRICT COURT
327 So. Court Street
Rockford, Illinois 61101

LEGAL MAIL